IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>CIMA LABS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>WATSON PHARMACEUTICALS,<br>INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08-330-SLR<br>)<br>)<br>)<br>)<br>)<br>) |
| CEPHALON, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>WATSON PHARMACEUTICALS,<br>INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 09-724-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 30th day of September, 2010, having reviewed plaintiffs' motions to modify protective orders and the papers filed in connection therewith;

IT IS ORDERED that said motions (Civ. No. 08-330, D.I. 188; Civ. No. 09-724, D.I. 50) are granted. The court concludes that the data generated by plaintiffs from samples provided by defendants sufficiently implicate public health and safety concerns to justify the relief sought, especially in light of the fact that the information will be

disclosed only to the FDA under measures designed to maintain the confidentiality of the information with respect to the public at large.[1]

_____
United States District Judge

---

[1] According to plaintiffs, the confidential information will be submitted to the FDA under a confidentiality request accompanying their Citizen Petition.

2